AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 28, 2022

SEAN F. McAVOY, CLERK

EDDIE VELEZ,

_____
*Petitioner*

v.

JAMES R. KEY,

_____
*Respondent*

)
)
)
)
)
)
)

Civil Action No.   2:22-cv-00100-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The Petition, ECF No. 1, is DISMISSED without prejudice pursuant to Rule 4, Rules Governing Section 2254 Cases in
the United States District Courts.
The Court certifies that an appeal from this decision could not be taken in good faith and there is no basis upon which to
issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
Judgment is entered in favor of Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge           SALVADOR MENDOZA, JR._____           on a motion

Date:  06/28/2022_____

*CLERK OF COURT*

SEAN F. McAVOY_____

s/ Lilly Savchuk_____
*(By) Deputy Clerk*

Lilly Savchuk_____